PATRICK CLARK, Respondent, *v.* THE BROOKLYN HEIGHTS
RAILROAD COMPANY, Appellant.

Reported below, 78 App. Div. 478.
(Argued March 16, 1903; decided March 24, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 13, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the appeal was from a judgment of the Appellate Division unanimously affirming a judgment entered upon a verdict in an action to recover damages for a personal injury, with the exception that one justice dissented upon the ground that the amount of the verdict was excessive.

*Isaac M. Kapper* for motion.

*George D. Yeomans* opposed.

Motion denied, without costs.

---

MARTHA H. STARBUCK, Respondent, *v.* MATILDA E. STARBUCK
et al., Appellants, Impleaded with Others.

(Submitted March 2, 1903; decided March 24, 1903.)

Motion for reargument denied, with ten dollars costs.   (See 173 N. Y. 503.)

---

CAROLINE QUADE, Appellant, *v.* PETER BERTSCH, Individually
and as Executor and Trustee under the Will of WILLIAM
BROISTEDT, Deceased, et al., Respondents.

(Submitted March 16, 1903; decided March 24, 1903.)

MOTION to amend remittitur.   (See 173 N. Y. 615.)

Motion granted and remittitur amended so as to allow costs to each party appearing in this court and filing briefs, payable out of the estate.